**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STANLEY PARKER**                                                                                      **PLAINTIFF**

**v.**                                                    **Case No. 4:26-cv-00552-KGB**

**EUGUENE J. CORCORAN,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

     Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Stanley Parker's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

     It is so adjudged this 12th day of June, 2026.

 

_____
Kristine G. Baker
Chief United States District Judge